**Change of Address**

4/11/18

To Clerk:

My Name is John Shores R-34916 I'm sending you this correspondence to let you know that I have been transfered to Menard Correctional Center. So please send all correspondences to the address on the front of the envelope. Thank you.

Peace & Blessings.

FILED
4-17-2018 KB
APR 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Shores R-34916
P.O. Box 1000
Menard IL, 62259

Correspondence From IDOC Inmate

2018 APR 17

04/17/2018-46

Clerk of U.S. District Court
United States Courthouse
219 S. Dearborn Street
Chicago IL, 60604