**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that a copy of the foregoing was served on June 13, 2018, on the following party by placing a copy of same in the U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601:

  Kendrick Butler
  M-03292
  Pontiac - PON
  P.O. Box 99
  Pontiac, IL 61764

                 /s/ *Shawn M. Peters*