IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDRICK BUTLER, | ) | |
| | ) | No. 1:18-cv-00049 |
| Plaintiff, | ) | |
| | ) | Hon. Robert W. Gettleman |
| v. | ) | Judge Presiding |
| | ) | |
| RANDY PFISTER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS PFISTER, BROWN, PORK, AND GARANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT ON ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Defendants, Randy Pfister, Lt. Brown, Sgt. Pork, and Officer Garant, by and through their attorney Kwame Raoul, Attorney General for the State of Illinois, and hereby respectfully move this Court for an extension of time to file a Partial Motion for Summary Judgment on Exhaustion of Administrative Remedies, to and including February 8, 2019. In support, Defendants state as follows:

1. On March 6, 2018, Plaintiff Kendrick Butler, filed his second amended complaint *pro se* pursuant to 42 U.S.C. 1983. (Dkt. 6).

2. Counsel for Plaintiff entered their appearance on November 5, 2018. (Dkt. 28-32).

3. On December 4, 2018, the Court ordered Defendants to file their motion for summary judgment on the issue of exhaustion of administrative remedies by January 25, 2019. (Dkt. 33-34).

4. The undersigned is requesting additional time to file a motion for summary judgment on the issue of exhaustion of administrative remedies to obtain an affidavit from the Administrative Review Board in support of his motion for summary judgment.

5. This motion is being filed unopposed by Plaintiff.

6. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted

WHEREFORE, Defendants, Randy Pfister, Lt. Brown, Sgt. Pork, and Officer Garant, respectfully request that this Honorable Court enter an order granting her an extension of time to file a motion for summary judgment on the issue of exhaustion of administrative remedies, to and including February 8, 2019.

                Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois     By:   /s/ *Shawn M. Peters*
                                   SHAWN M. PETERS
                                   Assistant Attorney General
                                   General Law Bureau
                                   Office of the Illinois Attorney General
                                   100 W. Randolph St., 13th Fl.
                                   Chicago, Illinois 60601
                                   (312) 814-2680
                                   SPeters@atg.state.il.us

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 2019, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Shawn M. Peters*