# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KENDRICK BUTLER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 18-cv-49 |
| v. | ) | |
| | ) | Honorable Robert W. Gettleman |
| | ) | |
| RANDY PFISTER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT PFISTER, BROWN, PORK, AND GARANT'S
### MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION

Defendants, Randy Pfister, Sgt. Pork, Lt. Brown, and Officer Garant, by their attorney, Kwame Raoul, Attorney General for the State of Illinois, move for summary judgment under Rule 56, which is supported by Defendants' Memorandum of Law in Support of this motion, and state the following:

Plaintiff filed his Complaint under § 1983 against Defendants alleging unconstitutional conditions of confinement and deliberate indifference to a serious medical need at Stateville Correctional Center.

Plaintiff failed to exhaust his administrative remedies for the claims in his Amended Complaint, the Plaintiff cannot pursue this claim pursuant to the PLRA, 42 U.S.C. § 1997(e)(a), and the Court should grant Defendants' Motion for Summary Judgment.

WHEREFORE, Defendants respectfully request that the Court enter summary judgment on their behalf on the claims in Plaintiff's Amended Complaint with prejudice, and grant such other relief this court finds reasonable and just.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

/s/ *Shawn M. Peters*
Shawn M. Peters
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4752
SPeters@atg.state.il.us

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 8, 2019, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Shawn M. Peters*