IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDRICK BUTLER, | ) | |
| | ) | No. 1:18-cv-00049 |
| Plaintiff, | ) | |
| | ) | Hon. Robert W. Gettleman |
| v. | ) | Judge Presiding |
| | ) | |
| RANDY PFISTER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS PFISTER, BROWN, PORK, AND GARANT'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME**

Defendants, Randy Pfister, Lt. Brown, Sgt. Pork, and Officer Garant, by and through their attorney Kwame Raoul, Attorney General for the State of Illinois, and hereby respectfully move this Court for an extension of time to file a reply to Plaintiff's Response to Defendants' Partial Motion for Summary Judgment on Exhaustion of Administrative Remedies, to and including April 22, 2019. In support, Defendants state as follows:

1. On March 8, 2019, the Court ordered Defendants to file a reply to Plaintiff's Response to Defendants' Partial Motion for Summary Judgment on Exhaustion of Administrative Remedies by April 8, 2019. (Dkt. 50).

2. The undersigned is requesting additional time to prepare his reply to Plaintiff's Response to Defendants' Partial Motion for Summary Judgment on Exhaustion of Administrative Remedies.

3. This motion is being filed unopposed by Plaintiff.

4. This motion is brought in good faith and not for purposes of undue delay or any other improper purpose. In addition, the parties will not be unduly prejudiced should this motion be granted

WHEREFORE, Defendants, Randy Pfister, Lt. Brown, Sgt. Pork, and Officer Garant, respectfully request that this Honorable Court enter an order granting them an extension of time to file a reply to Plaintiff's Response to Defendants' Partial Motion for Summary Judgment on Exhaustion of Administrative Remedies, to and including April 22, 2019.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: /s/ *Shawn M. Peters*
SHAWN M. PETERS
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-2680
SPeters@atg.state.il.us

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 8, 2019, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Shawn M. Peters*